(No. 73-CC-98—Claimant )

CHARLES W. HUVER, PH.D., Claimant, *vs.* STATE OF ILLINOIS, ATTORNEY GENERAL'S OFFICE, Respondent.

*Opinion filed November 1, 1973.*

CHARLES W. HUVER, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PER CURIAM.